<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6400**

---

DARREN L. GRIFFIS,

                                    Petitioner - Appellant,

        versus

STATE OF NORTH CAROLINA,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge.  (CA-99-661-5-BR2)

---

Submitted:  May 25, 2000                   Decided:  June 6, 2000

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Darren L. Griffis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darren L. Griffis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999).[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Griffis v. North Carolina, No. CA-99-661-5-BR2 (E.D.N.C. Mar. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that although Griffis named North Carolina as the Respondent, he is challenging his federal sentence. The district court properly construed the motion as one pursuant to 28 U.S.C.A. § 2255, and we have reviewed the motion as one under 28 U.S.C.A. § 2255.